UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DENIA HEDGE, individually, and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) TOYOTA MOTOR MANUFACTURING, ) INDIANA, INC. and AEROTEK, INC., ) ) Defendant(s). ) | Cause No. 3:18-CV-00246-RLY-MPB |

FILED
JAN 10 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Anna M. Skaggs respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Toyota Motor Manufacturing Indiana, Inc., in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): U.S. District Court for the Central District of California (admitted in 2017); U.S. District Court for the Eastern District of California (admitted in 2018); U.S. District Court for the Northern District of California (admitted in 2018); and the Supreme Court of California (State Bar No. 319179) (admitted in 2017).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 9, 2019

Respectfully submitted,

_____
Anna M. Skaggs
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Phone No.: (415) 856-7083
Fax No.: (415) 856-7100
annaskaggs@paulhastings.com

## CERTIFICATE OF SERVICE

I certify that on January 9, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Robert J. Hunt
THE LAW OFFICE OF ROBERT J. HUNT, LLC
1905 South New Market Street, Ste. 220
Carmel, IN 46032
Telephone: (317) 743-0614
Facsimile: (317) 743-0615
E-Mail: rob@indianawagelaw.com

_____
Anna M. Skaggs

Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Phone No.: (415) 856-7083
Fax No.: (415) 856-7100
annaskaggs@paulhastings.com

LEGAL_US_W # 97122465.1