UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

DENIA HEDGE, MELISSA McCLARY, and
DUSTIN TURLEY, individually, and on
behalf of others similarly situated,

    Plaintiffs,

v.

TOYOTA MOTOR MANUFACTURING,
INDIANA, INC. and AEROTEK, INC.,

    Defendants.

Case No. 18-cv-00246-RLY-MPB

**JOINT STATUS REPORT**

Pursuant to this Court's March 11, 2019 Order, the parties respectfully submit this Joint Status Report:

On March 7, 2019, the parties filed a joint motion to stay this action pending private mediation and/or arbitration. *See* Dkt. No. 36. The Court granted that motion on March 11, 2019, and ordered this matter stayed until August 8, 2019, with all pending deadlines taken off calendar. *See* Dkt. No. 37.

The parties were scheduled to mediate on June 11, 2019. However, the parties agreed to postpone the mediation until August 28, 2019, so they could engage in additional informal discovery, in the hopes of improving the likelihood of success at mediation. Therefore, the parties respectfully request that the Court order this case remain stayed until the August 28, 2019 mediation. By September 13, 2019, the parties will submit a further status report regarding whether the matter has resolved or litigation will proceed.

LEGAL_US_W # 99198364.1

Respectfully submitted,

| | |
|---|---|
| */s/  Robert J. Hunt* | */s/  John Borkowski* |
| Robert J. Hunt (#30686-49) | John Borkowski (#2598-49) |
| THE LAW OFFICE OF ROBERT J. HUNT, LLC | HUSCH BLACKWELL LLP |
| 1905 South New Market Street, Suite 220 | 1251 North Eddy Street, Suite 200 |
| Carmel, Indiana 46032 | South Bend, Indiana  46617 |
| Telephone:  (317) 743-0614 | Telephone:  (574) 239-7010 |
| Facsimile:  (317) 743-0615 | Facsimile:  (574) 287-3116 |
| rob@indianawagelaw.com | john.borkowski@huschblackwell.com |

*Attorney for Plaintiffs*

*Attorney for Defendant Aerotek, Inc.*

*/s/  Zachary P. Hutton*
Zachary P. Hutton (pro hac vice)
Zina Deldar (pro hac vice)
Anna M. Skaggs (pro hac vice)
PAUL HASTINGS LLP
101 California St., 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
zachhutton@paulhastings.com
zinadeldar@paulhastings.com
annaskaggs@paulhastings.com

*Attorneys for Defendant*
*Toyota Motor Manufacturing, Indiana, Inc.*